MICHAEL HURLEY, DEFENDANT IN ERROR, v. THE CITY OF TRENTON ET AL., PLAINTIFFS IN ERROR.

Argued December 4 and 5, 1901—Decided March 3, 1902.

On error to the Supreme Court.

For the plaintiffs in error, *Charles E. Bird* and *John Rellstab.*

For the defendant in error, *James J. Cahill* and *John H. Backes.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Fort. 37 *Vroom* 538.

*For affirmance*—THE CHANCELLOR, VAN SYCKEL, DIXON, GARRISON, COLLINS, HENDRICKSON, PITNEY, KRUEGER, ADAMS, VREDENBURGH, VOORHEES. 11

*For reversal*—GARRETSON, VROOM. 2.